1036

No. 71–1001.  BERBERIAN v. RHODE ISLAND.  Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▪

No. 70–16.  COCANOWER v. MARSTON, RECORDER FOR MARICOPA COUNTY, ET AL.  Appeal from D. C. Ariz. Judgment vacated and case remanded for further consideration in light of Dunn v. Blumstein, ante, p. 330.

No. 70–81.  FITZPATRICK ET AL. v. BOARD OF ELECTION COMMISSIONERS OF THE CITY OF CHICAGO ET AL.  Appeal from D. C. N. D. Ill.  Judgment vacated and case remanded for further consideration in light of Dunn v. Blumstein, ante, p. 330.

No. 70–5076.  LESTER ET AL. v. BOARD OF ELECTIONS FOR THE DISTRICT OF COLUMBIA ET AL.  Appeal from D. C. D. C.  Judgment vacated and case remanded for further consideration in light of Dunn v. Blumstein, ante, p. 330.

No. 71–5690.  FERGUSON ET AL. v. WILLIAMS, GOVERNOR OF MISSISSIPPI, ET AL.  Appeal from D. C. N. D. Miss.  Judgment vacated and case remanded for further consideration in light of Dunn v. Blumstein, ante, p. 330.

No. 70–5080.  WEDDLE v. DIRECTOR, PATUXENT INSTITUTION, ET AL.  C. A. 4th Cir.  Motion of petitioner for leave to proceed in forma pauperis and certiorari granted.  Judgment vacated and case remanded for further consideration in light of Lynch v. Household Finance Corp., ante, p. 538.